```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 09-cr-075-01-JL

<u>Jennifer Guzman</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted in part.  The continuance is limited to 60 days.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                      _____
                                      Joseph N. Laplante
                                      United States District Judge

Date: May 15, 2009

cc: Bjorn Lange
    Alfred J.T. Rubega
    U.S. Marshal
    U.S. Probation